## LIGHTNER v. THE STATE.

(Decided May 14, 1914.)

APPEAL from Montgomery City Court.

Heard before Hon. ARMSTEAD BROWN.

No counsel marked for appellant. R. C. BRICKELL, Attorney General, for the State.

Per curiam. Appeal dismissed.

---

## LOCKHART v. MERCHANTS' & MECHANICS' TRUST & SAVINGS BANK.

(Decided April 7, 1914.)

APPEAL from Birmingham City Court.

Heard before Hon. C. C. NESMITH.

Z. T. RUDOLPH, for appellant. A. G. & E. D. SMITH, for appellee.

Per curiam. Appeal dismissed.

---

## McLENDON v. STATE.

(Decided June 11, 1914.)

APPEAL from Barbour Circuit Court.

Heard before Hon. M. SOLLIE.

No counsel marked for appellant. R. C. BRICKELL, Attorney General, for the State.

Per curiam. Appeal dismissed.

---

## MAGBY v. CITY OF ANNISTON.

(Decided June 3, 1914.)

APPEAL from Anniston City Court.

Heard before Hon. THOMAS W. COLEMAN, JR.

No counsel marked for either party.

Per curiam. Appeal dismissed.